Certificate Number: 15111-DE-DE-036131758

Bankruptcy Case Number: 21-11472



15111-DE-DE-036131758

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2021, at 10:14 o'clock AM EST, Jose Dejesus completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Delaware.

Date:   November 11, 2021               By:    /s/Hasan Bilal for Ryan McDonough

                                        Name:  Ryan McDonough

                                        Title: Executive Director of Education