# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: admin | Date Created: 2/1/2022 |
| Case: 21−11472−LSS | Form ID: 318JO1 | Total: 24 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| tr | Don A. Beskrone | dbeskronetrustee@gmail.com |
| aty | Cynthia L. Carroll | Cynthia@CynthiaCarrollLaw.com |
| aty | Don A. Beskrone | dbeskronetrustee@gmail.com |

                                                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Jose M. Dejesus    131 Highland Blvd Apt F    New Castle, DE 19720−6946 | |
| 16755377 | Amex    Correspondence/Bankruptcy    PO Box 981540    El Paso, TX 79998−1540 | |
| 16755378 | Bank of America    Attn: Bankruptcy    475 Cross Point Parkway PO Box 9000    Getzville, NY 14068 | |
| 16755379 | Capital One    Attn: Bankruptcy    PO Box 30285    Salt Lake City, UT 84130−0285 | |
| 16755380 | Capital One/Walmart    Attn: Bankruptcy    PO Box30285    Salt Lake City, UT 84130 | |
| 16755381 | Chase Card Services    Attn: Bankruptcy    PO Box 15298    Wilmington, DE 19850 | |
| 16755382 | Citibank    Attn: Bankruptcy    PO Box 790034    Saint Louis, MO 63179 | |
| 16755383 | Citibank/Best Buy    Citicorp Credit Srvs/Centralized Bk dept    PO Box 790034    Saint Louis, MO 63179 | |
| 16755384 | Credit One Bank    Attn: Bankruptcy Department    PO Box 98873    Las Vegas, NV 89193 | |
| 16755406 | Department of Labor    Division of Unemployment Insurance    P.O. Box 9953    Wilmington, DE 19809 | |
| 16755385 | Discover Financial    Attn: Bankruptcy    PO Box 3025    New Albany, OH 43054 | |
| 16755404 | New Castle County/Law    Attention: Bill Weisel    87 Reads Way    New Castle, DE 19720 | |
| 16755405 | State of Delaware    Division of Revenue    820 N. French Street, 8th Floor    Wilmington, DE 19801−0820 | |
| 16755386 | Syncb/NewEgg    Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 | |
| 16755387 | Synchrony Bank/Amazon    Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896−5060 | |
| 16755388 | Synchrony Bank/Care Credit    Attn: Bankruptcy Dept    PO Box 965064    Orlando, FL 32896−5060 | |
| 16755389 | Synovus Bank/GreenSky    Attn: Bankruptcy    PO Box 120    Columbus, GA 31902 | |
| 16755390 | Target    c/o Financial & Retail Srvs Mailstop BT    Minneapolis, MN 55440 | |
| 16755391 | Verizon Wireless    Attn: Bankruptcy    500 Technology Dr Ste 500    Saint Charles, MO 63304−2225 | |
| 16755392 | Wells Fargo Bank NA    1 Home Campus MAC X2303−01A 3rd Floor    Des Moines, IA 50328 | |

                                                                                                TOTAL: 20