**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jose M. Dejesus | Social Security number or ITIN | xxx–xx–5823 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Delaware | | |
| Case number: | 21–11472–LSS | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose M. Dejesus

                                                             **By the court:**

2/1/22

                                                                                            Laurie Selber Silverstein
                                                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Delaware

In re:  
Jose M. Dejesus  
Debtor

Case No. 21-11472-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2022 | Form ID: 318JO1 | Total Noticed: 20 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jose M. Dejesus, 131 Highland Blvd Apt F, New Castle, DE 19720-6946 |
| 16755406 | + | Department of Labor, Division of Unemployment Insurance, P.O. Box 9953, Wilmington, DE 19809-0953 |
| 16755404 | + | New Castle County/Law, Attention: Bill Weisel, 87 Reads Way, New Castle, DE 19720-1648 |
| 16755390 | | Target, c/o Financial & Retail Srvs Mailstop BT, Minneapolis, MN 55440 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16755377 | | Email/PDF: bncnotices@becket-lee.com | Feb 01 2022 21:31:59 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 16755378 | + | EDI: BANKAMER2.COM | Feb 02 2022 02:18:00 | Bank of America, Attn: Bankruptcy, 475 Cross Point Parkway PO Box 9000, Getzville, NY 14068-9000 |
| 16755379 | | EDI: CAPITALONE.COM | Feb 02 2022 02:18:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 16755380 | + | EDI: CAPITALONE.COM | Feb 02 2022 02:18:00 | Capital One/Walmart, Attn: Bankruptcy, PO Box30285, Salt Lake City, UT 84130-0285 |
| 16755382 | + | EDI: CITICORP.COM | Feb 02 2022 02:18:00 | Citibank, Attn: Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16755383 | + | EDI: CITICORP.COM | Feb 02 2022 02:18:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 16755384 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 01 2022 21:31:54 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 16755385 | + | EDI: DISCOVER.COM | Feb 02 2022 02:18:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 16755381 | | EDI: JPMORGANCHASE | Feb 02 2022 02:18:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |
| 16755405 | + | Email/Text: REV_Bankruptcy_General@state.de.us | Feb 01 2022 21:25:00 | State of Delaware, Division of Revenue, 820 N. French Street, 8th Floor, Wilmington, DE 19801-3509 |
| 16755386 | | EDI: RMSC.COM | Feb 02 2022 02:18:00 | Syncb/NewEgg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16755387 | | EDI: RMSC.COM | Feb 02 2022 02:18:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 16755388 | | EDI: RMSC.COM | Feb 02 2022 02:18:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 16755389 | + | Email/Text: synovusbankruptcy@synovus.com | Feb 01 2022 21:25:00 | Synovus Bank/GreenSky, Attn: Bankruptcy, PO Box 120, Columbus, GA 31902-0120 |

| District/off: 0311-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2022 | Form ID: 318JO1 | Total Noticed: 20 |

| 16755391 | EDI: VERIZONCOMB.COM | Feb 02 2022 02:18:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr Ste 500, Saint Charles, MO 63304-2225 |
|---|---|---|---|
| 16755392 | + EDI: WFFC.COM | Feb 02 2022 02:18:00 | Wells Fargo Bank NA, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Cynthia L. Carroll | on behalf of Debtor Jose M. Dejesus Cynthia@CynthiaCarrollLaw.com CLCPACOURT@gmail.com,CynthiaLCarrollPA@jubileebk.net |
| Don A. Beskrone | on behalf of Trustee Don A. Beskrone dbeskronetrustee@gmail.com  DE19@ecfcbis.com |
| Don A. Beskrone | dbeskronetrustee@gmail.com  DE19@ecfcbis.com |
| U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |

TOTAL: 4